IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00880-RPM-KLM

MELANIE LITTLEFIELD,

    Plaintiff,

v.

THE AFFILIATED GROUP, INC., a Minnesota Corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement and Motion to Vacate Scheduling Conference** [Docket No. 7; Filed June 6, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 7, 2011 at 10:00 a.m. is **vacated**.

    IT IS FURTHER **ORDERED** that the parties shall file a stipulation of dismissal on or before **July 6, 2011**.

    Dated:  June 6, 2011