IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00880-RPM-KLM

MELANIE LITTLEFIELD,

    Plaintiff,

v.

THE AFFILIATED GROUP, INC.,

    Defendant.

_____

### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice, filed on June 15, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED: June 15th, 2011

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge